# United States Bankruptcy Court
## Southern District of New York

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

BearingPoint, Inc.  Case No. 09-10691 (REG)
 Jointly Administered

                                 Debtors,
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

John DeGroote Services LLC,  Adv. No. 10-3856 (REG)
                             Plaintiff,

        - against -

Pocket Water, Inc.
                             Defendant
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

**Name: Pocket Water, Inc.**

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.


Date: June 22, 2011  Vito Genna_____
 Clerk of the Bankruptcy Court


 By: s/ Mary Lopez_____
 Deputy Clerk