# United States Bankruptcy Court
## Southern District of New York

---------------------------------- x
In re:

BearingPoint, Inc.                                                Case No. 09-10691 (REG)
                                                                                            Jointly Administered

                                             Debtors,
---------------------------------- x

John DeGroote Services LLC,                        Adv. No. 10-3856 (REG)
                                             Plaintiff,


                          - against -


Pocket Water, Inc.
                                             Defendant
---------------------------------- x

## CERTIFICATE OF SERVICE

I, Mary Lopez, hereby certify that I am an employee of the United States Bankruptcy Court, Southern District of New York and a disinterested party to this matter.

I further certify that on June 22, 2011, true and correct copies of the Clerk's Entry of Default, [Case No. 10-3856; Document No. 8) were served upon:

Pocket Water, Inc.
Attn: Stephen B. Bauer, Registered Agent
8560 Atwater
Boise, Idaho 83714

at the above-listed addresses designated for that purpose by enclosing true copies of same in first-class post-paid properly addressed envelopes and depositing same into an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.


Dated: June 22, 2011                                          /s/ Mary Lopez_____
New York, New York                                      Deputy Clerk