UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| BEARINGPOINT, INC., et al., | : | 09 - 10691 (REG) |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------x

| | : | |
|---|---|---|
| JOHN DeGROOTE SERVICES, LLC, Plaintiff | : | |
| vs. | : | Adversary No. 10-3856-reg |
| | : | **DEFAULT JUDGMENT** |
| POCKET WATER, Defendant. | : | BC 11,0234 |

-----------------------------------------------------------x

Upon notice of entry of default against Pocket Water ("***Defendant***") and presentment to this Court by John DeGroote Services LLC, Liquidating Trustee to the BearingPoint Inc. Liquidating Trust ("***Plaintiff***"), for entry of a default judgment against Defendant; judgment is hereby granted to Plaintiff and against Defendant in the total judgment amount of $218,748.26.

Dated:   New York, New York
         *August 5*, 2011

                                          *s/ Robert E. Gerber*
                                          HONORABLE ROBERT E. GERBER
                                          UNITED STATES BANKRUPTCY JUDGE